RECEIVED
IN MONROE, LA
JUN 15 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| JACQUELINE SYLVESTER o/b/o W.C.D. | * | DOCKET NO. 05-2118 |
| VERSUS | * | JUDGE JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's Petition for Attorney Fees [Doc. # 13] is hereby **GRANTED, and that the Commissioner be ordered to pay attorney's fees in the amount of $ 4,237.50 (33.9 hours at $125.00 per hour) plus expenses of $ 105.90 and costs of $ 250.00 to plaintiff's attorney.**

THUS DONE AND SIGNED this 15 day of June, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION